UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-33369 |
| MATTHEW MACK ADOH | § | (Chapter 13) |
| | § | |
| Debtor. | § | |
| | § | |

### NOTICE OF APPEARANCE

Please take notice of the appearance of Catarino Pereira, Inacio Bueti, Edilson Van Dunem, Sayed Cruz and Antonio Franco, creditors in the above-captioned proceeding (herein the "Creditors"). Pursuant to Bankruptcy Rules 2002 and 9010 of the United States Bankruptcy Code Creditors hereby request that all notices and papers to be served, including but not limited to copies of all filings by the Debtor of any nature, that in any way affects the above-styled Debtor or property of the estate, or the proceeds thereof, or any act, notice or pleading that in any way affects the creditors of the estate, be served on Creditors as set forth below:

Matthew A. Key
Dugger & Associates
1401 Enclave Parkway, Suite 125
Houston, Texas 77077

Respectfully submitted,

/s/ Matthew A. Key
Matthew A. Key
State Bar No. 24072180
Dugger & Associates
1401 Enclave Parkway, Suite 125
Houston, Texas 77077
281-497-1770 – Telephone
281-497-1459 – Facsimile
mkey@duggerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on the 7th day of July, 2015, to the parties listed below either electronically or by U.S. first class mail:

Matthew MackAdoh
9723 Briar Forest Drive
Houston, TX 77042
DEBTOR

Emil R. Sargent
723 Main Street, Suite 316
Houston, TX 77002
DEBTOR'S ATTORNEY

William E. Heitkamp
Office of Chapter 13 Trustee
9821 Katy Freeway, Suite 950
Houston, TX 77024
CHAPTER 13 TRUSTEE

US Trustee
Office of the US Trustee
515 Rusk Ave., Suite 3516
Houston, TX 77002
U.S. TRUSTEE

Richard G. Dafoe
Vincent Lopez Serafino Jenevein, P.C.
1601 Elm Street, Suite 4100
Dallas, Texas 75201
ATTORNEY FOR BANK OF AMERICA

Barrett Daffin Frappier Turner & Engel, LLP
15000 Surveyor Blvd., Suite 100
Addison, TX 75001
ATTORNEY FOR WELLS FARGO HOME MORTGAGE

/s/ Matthew A. Key
Matthew A. Key

*M:\Pereira, Catarino\Chapter 13 Bankruptcy (Mackadoh)\Notice Of Appearance 7-7-15.Docx*