# United States Bankruptcy Court
## Southern District of Texas
### Houston Division

In re  **Matthew MackAdoh**             Case No. **15-33369-H5-13**
Debtor(s)             Chapter **13**

## NOTICE OF RE-SCHEDULED MEETING OF CREDITORS

**PLEASE TAKE NOTICE** that the Section 341 Meeting of Creditors in the above-styled and numbered case has been re-scheduled to **Wednesday, August 26, 2015** at **9:00 a.m.** The meeting shall be held at the **United States Courthouse, 515 Rusk Avenue, Third Floor, Room 3401, Houston, Texas 77002**.

Respectfully submitted:

Date **July 30, 2015**      Signature **/s/ Emil R. Sargent**
**EMIL R. SARGENT**
TBN: 17648750
723 Main Street, #316
Houston, Texas 77002
713.222.2299 - Telephone
713.224.6812 - Facsimile

Attorney for Debtor