United States Court
Southern District of Texas
FILED

AUG 07 2015

David J. Bradley, Clerk of Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

IN RE: )
)
Matthew MackAdoh )
aka Matthew Mack Adoh, )
fdba Momentem Mack Konsultans, )
fdba Momentemack Consultants, Inc., )
fka Matthew Mackpepson Adoh )
)   CASE NO. 15-33369
)
Debtor(s) )

**REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002(g)**

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent:

   **NextGear Capital, Inc.**
   **ATTN: Kathryn Benfield**
   **1320 City Center Drive, Suite 100**
   **Carmel, IN  46032**

Dated: 7/29/15                    By: _____
                                      Creditor/Representative Signature


                                      _____Kathryn Benfield_____
                                      Creditor/Representative Printed


Dealer # 80044

July 29, 2015

Clerk, United States Bankruptcy Court
Southern District of Texas
PO Box 61010
Houston, TX 77208

RE: Matthew MackAdoh aka Matthew Mack Adoh, fdba Momentem Mack Konsultans, fdba Momentemack Consultants, Inc., fka Matthew Mackpepson Adoh

Bankruptcy Case No. **15-33369**

To the Clerk of the Court:

Enclosed please find an original and one (1) copy of the Request for Notices Pursuant to Bankruptcy Rule 2002(g) by NextGear Capital ("NextGear") to be filed in the above-referenced bankruptcy proceeding. A postage-prepaid return envelope is also enclosed, so that one (1) filestamped copy may be returned to NEXTGEAR.

If you have any questions or need additional information, please contact me directly at (317) 660-2760.

Sincerely,

*Kathryn Benfield*
Kathryn Benfield
Legal Assistant
Creditor/Representative