IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| MATTHEW MACK ADOH, DEBTOR § | Case No. 15-33369 |
| § | |
| § | |
| § | |
| § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF COPIES

TO THE HONORABLE BANKRUPTCY JUDGE:

Comes now North Law, P.C., pursuant to Bankruptcy Rules 9010, 3017, and 9007, and file this Notice of Appearance and Request for Service of Copies as counsel for the **Woodlake Forest I Homeowners Association, Inc.** (the "Creditor"), a secured creditor and party in interest in the above proceedings.

Request is hereby made that all notices given or required to be given in this case, and in any cases consolidated herewith, be given to and served upon:

North Law, P.C.
Attn: Robert North
1010 Lamar Street, Suite 1500
Houston, TX 77002

This request encompasses all notices and pleadings including, without limitation, notice of any orders, motions, pleading or requests, formal or informal applications, disclosure statements, plans of reorganization, or any other documents brought before the Court in this case, whether formal or informal, written or oral, or transmitted by mail, electronic mail, delivery by any means, telephone, electronic text or otherwise which affects or seeks to affect this case and or the Creditor.

This Notice of Appearance shall not be construed as a waiver of: (i) the right to have final orders in non-core matters entered only after a de novo review by a District Judge, (ii) the right to trial by jury, (iii) the right to have the District Court withdraw the reference; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which the Creditor may be entitled, all of which are expressly reserved.

This Notice of Appearance shall not be construed as authorization to serve counsel for Creditor with any summons or complaint or any service under Bankruptcy Rule 701, et. seq. The undersigned firm will not accept service of process in any adversary case filed against the Creditor.

Respectfully submitted,

NORTH LAW, P.C.

By:  /s/ Robert North
Robert North
State Bar No. 24059004
email: rnorth@northlawpc.com
1010 Lamar Street, Suite 1500
Houston, Texas 77002
(713) 844-8030  Phone
(713) 844-8029  Fax

ATTORNEY FOR CREDITOR,
Woodlake Forest I Homeowners Association, Inc.

OF COUNSEL:

North Law, P.C.
1010 Lamar Street, Suite 1500
Houston, TX 77002
(713) 844-8030 Phone
(713) 844-8029 Fax

## CERTIFICATE OF SERVICE

I, Robert North, hereby certify that a true and correct copy of the forgoing document was served upon the following parties via electronic means through the Court's CM|ECF system or by prepaid regular first class U.S. mail and Certified Mail, Return Receipt Requested, on Friday, 21 day of August, 2015.

Matthew Mack Adoh
C/o

Emil R. Sargent
Attorney at Law
723 Main Street, Suite 316
Houston, TX  77002


William Heitkamp
Chapter 13 Trustee
9821 Katy Freeway, Suite 590
Houston, TX  77024

/s/ Robert North
Robert North