BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP                BDFTE# 5379839
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
(713) 621-8673

Attorney for WELLS FARGO BANK, N.A.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § CASE NO. 15-33369-H5-13 |
| | § |
| MATTHEW MACK ADOH, | § |
| Debtor | § CHAPTER 13 |

**WITHDRAWAL OF OBJECTION OF WELLS FARGO BANK, N.A.
TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

**Docket #23**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW WELLS FARGO BANK, N.A. (hereinafter Creditor), a secured creditor in this bankruptcy case and files its Withdrawal of Objection of WELLS FARGO BANK, N.A.  to Confirmation of the Debtor's Chapter 13 Plan, docket #23. In support thereof, Creditor would show that the Amended Plan at docket #36 resolves the issues.

WHEREFORE, Creditor Withdraws the Objection to Confirmation previously filed as docket #23.

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ MITCHELL BUCHMAN
MITCHELL BUCHMAN
TX NO. 03290750
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
Telephone: (713) 693-2014
Facsimile: (713) 693-2011
E-mail: SDECF@BDFGROUP.COM
ATTORNEY FOR CREDITOR

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2015, a true and correct copy of the Withdrawal of Objection to Confirmation of Debtor's Chapter 13 Plan was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP.

BY: /s/ MITCHELL BUCHMAN
MITCHELL BUCHMAN

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
MATTHEW MACKADOH
9723 BRIAR FORREST DRIVE
HOUSTON, TEXAS 77042

**DEBTOR'S ATTORNEY:**
CHRISTOPHER LEE PHILLIPPE
248 BILLY MITCHELL BLVD.
BROWNSVILLE, TX 78521

**TRUSTEE:**
WILLIAM HEITKAMP
OFFICE OF CHAPTER 13 TRUSTEE
9821 KARY FREEWAY, SUITE 590
HOUSTON, TEXAS 77024

**U.S. TRUSTEE**
OFFICE OF THE U.S. TRUSTEE
515 RUSK
SUITE 3516
HOUSTON, TEXAS 77002