Case 15-33369 Document 40 Filed in TXSB on 09/25/15 Page 1 of 1

United States Courts
Southern District of Texas
FILED

SEP 25 2015

David J. Bradley, Clerk of Court

*Form M-400*
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: 246th District Court | § | Case No. 15-33369 |
| Cause No. 2015 36705 | § | (Chapter ____) |
| PETITION TO ANNUL MARRIAGE | | |

### MOTION FOR RELIEF FROM THE STAY REGARDING ANNULMENT PROCEEDING

THIS IS A MOTION FOR RELIEF FROM THE AUTOMATIC STAY. IF YOU OBJECT TO THE GRANTING OF RELIEF FROM THE AUTOMATIC STAY, YOU SHOULD CONTACT THE MOVANT IMMEDIATELY TO TRY TO REACH AN AGREEMENT. IF YOU CANNOT REACH AN AGREEMENT, YOU MUST FILE A WRITTEN RESPONSE AND SEND A COPY TO MOVANT **NOT LATER THAN** _____ AND YOU MUST ATTEND THE HEARING _____.

THE COPY SENT TO THE MOVANT MUST BE DELIVERED BY HAND OR ELECTRONIC DELIVERY IF IT IS SENT LESS THAN 7 DAYS PRIOR TO THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE HEARING MAY BE AN EVIDENTIARY HEARING AND THE COURT MAY GRANT OR DENY RELIEF FROM THE STAY BASED ON THE EVIDENCE PRESENTED AT THIS HEARING. IF A TIMELY OBJECTION IS FILED, THE COURT WILL CONDUCT A HEARING ON THIS MOTION ON _10/21/2015_ AT _9:00 Am_ [TIME] IN COURTROOM [ADDRESS] _515 Rusk Rm 403 Hou Tx 77002._

1. This motion requests an order from the Bankruptcy Court authorizing the person filing this motion to proceed with an Annulment in state court.

2. Movant: Jessica Alaine

3. Name of spouse: Matthew Mackpepson Adoh / AKA Matthew MackAdoh

4. If annulment case is pending, court and case number: In the 246TH District Court CAUSE NO. 2015 36705

5. This motion seeks relief solely regarding Annulment of marriage.

6. Movant certifies that prior to filing this motion an attempt was made to confer with the non-moving spouse's counsel (or with the non-moving spouse, if *pro se*) either by telephone, by e-mail, or by facsimile by the following person on the following date and time: yesterday date him and lawyer give details phone numbers: Non-moving Spouse 281-389-1845 9723 Briar Forest Dr. Houston, TX 77042 Non-moving spouse's attorney Emil R. Sargent 713-222-2299 723 main Street Houston, TX. 77002. Last conversation with Attorney Sargent was 9/24/15 at 5:25pm via phone. And last communication with non-moving spouse Matthew MackAdoh was via text 281-289-1845 immediately after. Attorney informed movant during last conversation they would not remove the Stay because of the numerous law suits filed against his client for Fraud. An agreement could not be reached and Movant seeks the help of the Court to remove Stay for Annulment proceedings to move forward.

Date: September 25, 2015

Movant's "Prose"
Name: Jessica Alaine

Address: 11711 Memorial Dr. #256
Houston, TX 77024
Telephone: 713-894-4971

E-mail: jessicaalaine9@gmail.com

### Certificate of Service and Certificate of Compliance with BLR 4001

A copy of this motion was served contemporaneously with the filing hereof on each person named here and above at the persons shown on exhibit "1" at the addresses reflected on that exhibit by prepaid United States first class mail. Movant certifies that movant has complied with Bankruptcy Local Rule 4001.

Movant, Jessica Alaine Prose