**Federal Rule of Civil Procedure 8(b)**
**Defenses: Admissions and Denials.** (1) In responding to a pleading, a party must (A) state in short and plain terms its defenses to each claim asserted against it; and (B) admit or deny the allegations asserted against it by an opposing party. (2) A denial must fairly respond to the substance of the allegation. (3) A party that intends in good faith to deny all the allegations of a pleading – including the jurisdictional grounds – may do so by general denial. A party that does not intend to deny all the allegations must either specifically deny designated allegations or generally deny all except those specifically admitted. (4) A party that intends in good faith to deny only part of an allegation must admit the part that is true and deny the rest.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: Matthew MackAdoh

Case No.: 15-33369

Debtor(s)

United States Courts
Southern District of Texas
FILED

SEP 28 2015

David J. Bradley, Clerk of Court

PROOF OF SERVICE
Motion for Relief from Stay and Notice of Hearing

On behalf of the movant, I certify that I am more than 18 years of age, and I served a copy of the motion for relief from stay with the notice of hearing.

(a) on this date: _9-25-15_

(b) by this method: _Prepaid US First Class Mail_

(c) on these entities: _Matthew MackAdoh_
_9723 Briar Forest Dr._
_Houston, TX. 77042_

I certify under penalty of perjury that this is true.

_9-25-15_
Date Signed

_[Signature]_
Signature

_____
Counsel (typed)

_____
For Party

```
           The UPS Store - #1759
              1415 S VOSS RD
                 STE 110
             HOUSTON, TX 77057
              (713) 952-5332

            09/25/15  05:02 PM

       We are the one stop for all your
       shipping, postal and business needs.

       We offer all the services you need
          to keep your business going.


  001 000007 (022)              TO $   2.43
      First Class Letter   QTY 3
      Reg Unit Price    $    0.81

                         SubTotal $   2.43
                            Total $   2.43

                             Cash $   2.43


  Receipt ID 823475721606178888895 003 Items
  CSH: Jessica          Tran: 4865 Reg: 002

       Thank you for visiting our store.
         Please come back again soon.

      Whatever your business and personal
        needs, we are here to serve you.

      US Postal Rates Are Subject to Surcharge

              We're here to help.
     Join our FREE email program to receive
           great offers and resources.

            www.theupsstore.com/signup
```