In the United States Bankruptcy Court
Southern District of Texas
Houston Division

In Re: Matthew Mackadoh                                    Case Number: 15-33369-H5-13
        9723 Briar Forest Drive
        Houston, Tx  77042
Debtor(s)                                                  Chapter 13

## TRUSTEE'S CERTIFICATION OF NON-COMPLIANCE

I, William E. Heitkamp, Trustee, do hereby certify that the Debtor(s) herein have failed to

comply with the Courtroom minutes dated Tuesday, September 15, 2015, and that entry of

an order dismissing the case is requested.

Dated: 10/6/2015

                                          /s/ William E. Heitkamp
                                          William E. Heitkamp, Trustee
                                          Admissions ID No. 3857
                                          9821 Katy Freeway, Suite 590
                                          Houston, Tx  77024
                                          (713) 722-1200

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Certification of

Non-Compliance has been served upon the Debtor's Attorney via ECF and the Debtor(s) via

first class mail on 10/6/2015.

/s/ William E. Heitkamp
William E. Heitkamp, Trustee